

NUMBER 13-18-00290-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

IN THE INTEREST OF S.R.B., A CHILD

On appeal from the 430th District Court
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Benavides**
**Memorandum Opinion by Justice Rodriguez**

Appellant Jason Burkett appealed a judgment signed on February 27, 2018 in the 430th District Court of Hidalgo County, Texas. On June 8, 2018, the Clerk of this Court requested appellant to pay the $205.00 filing fee within ten days. Appellant did not pay the filing fee. On July 6, 2018, the Clerk of this Court notified appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless the $205.00 filing fee was paid within ten days. *See* TEX. R. APP. P. 42.3(c). More than

ten days have passed and appellant has neither responded to the notice from the Clerk nor paid the filing fee. *See* TEX. R. APP. P. 5, 12.1(b).

The Court, having considered the documents on file and appellant's failure to pay the filing fee, is of the opinion that the appeal should be dismissed. *See id.* R. 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution.

NELDA V. RODRIGUEZ
Justice

Delivered and filed the
2nd day of August, 2018.

2